IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:10-cv-00279-F

| | |
|---|---|
| DELMONT PROMOTIONS, LLC, a North Carolina limited liability company, and SEEKIN' ENTERTAINMENT LLC d/b/a B-ROSE PRODUCTIONS, a North Carolina limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MAURY & NI, INC., a Florida corporation, and ALGERNOD LANIER WASHINGTON a/k/a PLIES, <br><br> Defendants. | **ENTRY OF DEFAULT** |

THIS CAUSE was heard by the undersigned clerk on motion of Plaintiffs. It appears to the court that this is an action for breach of contract; that Defendants were properly served with process in this action; that the court has jurisdiction over the subject matter and the parties of the action; that Defendants are not under any disability and have filed no answer contesting Plaintiffs' claim; and that default should be entered against Defendants as a matter of law.

This the 9th of June, 2011.

Dennis P. Iavarone
CLERK OF COURT